# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162482(9)

ROUCH WORLD, LLC, and UPROOTED
ELECTROLYSIS, LLC,
    Plaintiffs-Appellees,

v

DEPARTMENT OF CIVIL RIGHTS and
DIRECTOR OF THE DEPARTMENT OF
CIVIL RIGHTS,
    Defendants-Appellants.
_____/

SC: 162482
COA: 355868
Ct of Claims: 20-000145-MZ

   On order of the Chief Justice, the motion of American Civil Liberties Union of Michigan et al. to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 12, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2021



Clerk